# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ERIC MCNEIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13CV1742 JCH |
| | ) |
| BEST BUY STORES, LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court upon its review of the record.  In a docket text order entered February 4, 2015, the Court ordered Plaintiff to file proposed instructions and verdict forms no later than **12:00 p.m.** on **Friday, February 6, 2015**.  (ECF No. 84).  The Court warned that failure to do so might result in the dismissal of Plaintiff's Complaint without prejudice.  To date, Plaintiff has not filed his proposed instructions and verdict forms, nor has he requested additional time within which to do so.

Upon consideration of the foregoing,

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint (ECF No. 14) is **DISMISSED** without prejudice.  An appropriate Order of Dismissal will accompany this Order.


Dated this   10th    Day of February, 2015.


    \s\   Jean C. Hamilton
UNITED STATES DISTRICT JUDGE