# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ERIC MCNEIL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13CV1742 JCH |
| BEST BUY STORES, LP, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Amended Complaint is **DISMISSED** without prejudice.

Dated this    10th    Day of February, 2015.

\s\  Jean C. Hamilton
UNITED STATES DISTRICT JUDGE